UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
VICTOR LOPEZ, *on behalf of all other persons similarly situated*, :
:
:  19-CV-9913 (JMF)
Plaintiffs, :
:  ORDER
-v- :
:
THE STOP & SHOP SUPERMARKET COMPANY LLC, :
:
Defendant. :
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendant's new motion to dismiss, *see* Docket No. 21, Defendant's earlier motion to dismiss filed at Docket No. 16 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **March 17, 2020**. Defendant's reply, if any, is due by **March 24, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

    The Clerk of Court is directed to terminate ECF No. 16.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York
                                         JESSE M. FURMAN
                                       United States District Judge