UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
VICTOR LOPEZ, *on behalf of all other persons similarly* :
*situated*, :
:
                            Plaintiffs, :          19-CV-9913 (JMF)
:
      -v-       :              ORDER
:
THE STOP & SHOP SUPERMARKET COMPANY :
LLC, :
:
                            Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In this case, Plaintiffs allege that Defendant does not sell gift cards that contain writing in Braille and that its failure to do so violates the Americans with Disabilities Act and analogous state and city laws. Similar claims are asserted — by other plaintiffs, against other defendants — in hundreds of cases in the Southern and Eastern Districts of New York, including at least eight cases assigned to the undersigned. The defendants in many of those cases, including this one, have filed substantially similar motions to dismiss.

       To conserve the parties' and the Court's resources, the Court is inclined to stay this action until it has resolved the first of these motions, filed by the defendant in *Mendez v. Papa John's USA, Inc.*, 19-CV-9892, at which point it would give the parties an opportunity to address the impact of the Court's ruling in that case (and any other courts' decisions in the interim). (The Court notes that, in considering the motion to dismiss in *Mendez*, the Court would also consider the amicus brief submitted by the Retail Litigation Center, Inc. *et al*. on March 6, 2020, *see* Docket No. 19-CV-9913, ECF No. 30, and would give the Plaintiff in Mendez an opportunity to respond to it.)

       Any objection to such a stay shall be filed on ECF no later than **one week from the date of this Order**. In light of the foregoing, the opposition and reply deadlines for Defendant's pending motion, *see* ECF No. 23, are hereby extended by two weeks.

       SO ORDERED.

Dated: March 9, 2020
       New York, New York                          _____
                                                                       JESSE M. FURMAN
                                                                 United States District Judge