UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
VICTOR LOPEZ, *on behalf of all other persons similarly*          :
*situated*,                                                        :
                                                                  :
                                        Plaintiffs,               :          19-CV-9913 (JMF)
                                                                  :
                        -v-                                       :          <u>ORDER</u>
                                                                  :
THE STOP & SHOP SUPERMARKET COMPANY                               :
LLC,                                                              :
                                                                  :
                                        Defendant.                :
                                                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In an order entered on March 9, 2020, the Court proposed staying this case pending
resolution of the motion to dismiss in *Mendez v. Papa John's USA, Inc.*, 19-CV-9892. *See* ECF
No. 31. Upon reflection, and in light of the posture of this matter (including the amicus brief that
was filed), the Court will not stay the case. Defendant's deadline to file a reply brief remains
March 30, 2020. Until the Court rules on the motion, the parties shall promptly update the Court
by letter of any relevant decisions made by other judges.

        SO ORDERED.

Dated: March 23, 2020                           _____
       New York, New York                               JESSE M. FURMAN
                                                        United States District Judge