UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VICTOR LOPEZ, *on behalf of all other persons similarly situated*

                            Plaintiffs

-against-                                              19 **CIVIL** 9913 (JMF)

## JUDGMENT

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                            Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 21, 2020, Stop & Shop's motion to dismiss must be and is granted; accordingly, this case is closed.

**Dated:** New York, New York
         July 22, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                            Clerk of Court
                                        **BY:**
                                                            _____
                                                            Deputy Clerk